■ In the Matter of JAMES McNULTY et al., Petitioners, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents. [974 NYS2d 301]—Lahtinen, J. Proceeding pursuant to CPLR article 78 (initiated in this Court pursuant to Tax Law § 2016) to review a determination of respondent Tax Appeals Tribunal which denied petitioners' requests for additional interest on certain refunds of personal income tax imposed under Tax Law article 22.

We confirm the determination of respondent Tax Appeals Tribunal for the reasons set forth in *Matter of Michael A. Goldstein No. 1 Trust v Tax Appeals Trib. of the State of N.Y.* (101 AD3d 1496 [2012], *lv denied* 21 NY3d 860 [2013]) and *Matter of Goldstein v Tax Appeals Trib. of the State of N.Y.* (111 AD3d 986 [2013] [decided herewith]).

Peters, P.J., Rose and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.